IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VIVIAN IHIM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:22-cv-00964 |
| | § | |
| LEGACY CHRISTIAN ACADEMY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

NOW COMES Plaintiff Vivian Ihim in the above-numbered and styled cause, and files this Notice of Dismissal with Prejudice to dismiss this cause of action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and in support thereof show:

All matters of fact and things in controversy have now been fully and finally resolved by and between the Parties hereto.

WHEREFORE, PREMISES CONSIDERED, Plaintiff dismisses this action with prejudice as to any and all claims that could have been asserted by Plaintiff against Defendant herein with prejudice, with all costs taxed against the party incurring same and all attorneys' fees borne by the party incurring same.

Respectfully submitted,

KILGORE & KILGORE, PLLC

　_/s/ Robert E. Goodman, Jr._
Robert E. Goodman, Jr.
Texas Bar No. 08158100
reg@kilgorelaw.com
3141 Hood Street, Suite 500
Dallas, Texas 75219
Telephone: (214) 379-0823
Facsimile: (214) 379-0840

COUNSEL TO PLAINTIFF

CERTIFICATE OF SERVICE

The undersigned certified that on this, the **3rd** day of **April 2023**, a true and correct copy of *Notice of Dismissal With Prejudice* was served upon all counsel of record, as indicated below, via [ ] United States mail, certified, return receipt requested, [ ] United States regular mail, [ ] facsimile, [ √] e-mail, [ ] hand delivery, [ ] Notice of Electronic Court Filing.

  Janice S. Parker
  Kaufman, Dolowich, Voluck, LLP
  14643 Dallas Parkway, Suite 550
  Dallas, Texas 75254
  Email: janice.parker@kdvlaw.com
  Telephone: (972) 781-2400

  *Attorney for Legacy Christian Academy*

　_/s/ Robert E. Goodman, Jr._
　　Robert E. Goodman, Jr.